FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 04 2019 ★
3:30PM RWE-23-19
BROOKLYN OFFICE

TO: Hon. Judge Amon

Re: to ask for an extention to submit 2255

My name is Brian bill 82702-053. I was sentanced in your court to 3 life terms, I am currently at Hazelton pen (USP) I was assigned a public defender to oversee my appeals but due to constant lockdowns communication was very difficult me being in W.V. and he in Vermont, after my appeal for cert he sent me a letter stating that that concluded his representation of me with no disposition of my discovery evidence or for the communication during the course of my dealings with other individuals I learned that I could put in a 2255 pro se and would like to do so I sent away for the form from the court but due to lockdowns barely had time to work on this very important glimmer of hope. I have no access to my discovery evi... at this time which is the reason why there is no case # I am currently locked down and will include a memo from the jail if I pray that you grant me an extension (90 days) I will strive to have it in sooner but I implore your honor to please don't take away my last chance to at least try to get a sentance with numbers and a little hope of surviving said sentance instead of this hopeless existance. I have lost my mother my wife (divorce) and my son hates me please consider my request, thank you for your time.

Brian bill 82702053

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 04 2019 ★

I ~~Swear Under~~ penalty of perjury, That the forgoing is information is true and accurate Title 28 USC § 1746 ¦ 18 USC § 1621

executed at USP Hazelton on 2-25-19

Bryan Gill

